ORIGINAL

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

'07 SEP 24 PM 4: 26

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| NETSJETS INTL., INC. ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 406-275 |
| ) | |
| MESSIER DOWTY, INC., et al ) | |

## ORDER

The Court has been advised that the case set forth above has been settled. Accordingly, this case is **DISMISSED WITH PREJUDICE**, except that the Court expressly retains jurisdiction to enforce any settlement the parties may care to file, under seal if so desired, within thirty (30) days of the date this Order is filed. **See Kokkonen v. Guardian Life Ins. Co. of America**, 511 U. S. 375, 114 S. Ct. 1673 (1994).

Failure to so file shall signify that the parties do not consent to this Court's retention of jurisdiction to enforce their settlement.

**SO ORDERED** this 24 day of September, 2007

B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia